**Order entered February 13, 2015**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-14-01222-CV

## IN THE INTEREST OF D.C. AND Q.C., CHILDREN

**On Appeal from the 429th Judicial District Court**
**Collin County, Texas**
**Trial Court Cause No. 429-01053-2013**

## ORDER

Before the Court is appellant's February 5, 2015 motion to proceed as indigent. On November 13, 2014, the Court denied appellant's motion to review the trial court's order sustaining the contest to her affidavit of indigence. On December 10, 2014, the Court denied appellant's motion to reconsider that order. The Court will not revisit this issue. Accordingly, we **DENY** appellant's motion to proceed as indigent.

/s/      ELIZABETH LANG-MIERS
         JUSTICE